UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
      U.S.A.

      -V-              #19 Cr 709 (JFK)

      Robert Hall

------------------------------X

The conference has been adjourned from November 18 to December 5, 2019 at 11:00 a.m. The time between November 18 and December 5, 2019 is excluded.

SO ORDERED.

Dated: New York, New York

11-18-19

_____
JOHN F. KEENAN
United States District Judge