UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
       U.S.A.

       -V-                             #19 Cr 709 (JFK)

       Robert Hall

------------------------------------X

The conference has been adjourned from January 14 to February 5, 2020 at 11:15 a.m. The time between January 14 and February 5, 2020 is excluded.

SO ORDERED.

Dated: New York, New York

1-8-20

JOHN F. KEENAN
United States District Judge