**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
     -against-                       :     No. 19 Cr. 709 (JFK)
                                     :
ROBERT WILLIAM HALL,                 :     **ORDER**
                                     :
                    Defendant.       :
-------------------------------------X

**JOHN F. KEENAN**, **United States District Judge**:

    Before the Court is a motion by Robert William Hall for immediate release from the Metropolitan Detention Center, Brooklyn ("the MDC"), subject to certain conditions, due to Hall's advanced age, compromised health, and his status as a medically "high-risk" inmate who is especially vulnerable to contracting the Coronavirus, COVID-19 ("COVID-19").[1]  (ECF No. 22.)  The Government consents to Hall's request, subject to the conditions set forth below.

    Accordingly, Hall's motion is GRANTED.  He is to be released from the MDC today, April 22, 2020, subject to the following conditions:

    1.  Hall must post a $25,000 personal recognizance bond, which must be co-signed by his mother, Ms. Yvonne Goodwyn.

---

[1] Hall has been detained since his September 19, 2019 arrest for suspected bank burglary.  On February 19, 2020, Hall pleaded guilty to bank burglary, in violation of 18 U.S.C. § 2113.  His sentencing is currently scheduled for June 3, 2020.

2. Immediately upon his release, Hall must be escorted to North Central Bronx Hospital to be evaluated for admission for psychiatric treatment. Should that facility not have space to admit him, Hall must be placed at another psychiatric hospital in New York City's network of public hospitals. Hall's escort must remain with him until such time as he is either admitted, placed at another psychiatric hospital, or determined to be psychiatrically stable enough to be released to outpatient treatment.

3. If Hall is cleared for release from inpatient psychiatric treatment, Hall shall immediately enter home confinement at his mother's residence, ███████████████ ██████████████████████████████, monitored by such technology that Pretrial Services determines is appropriate.

4. Hall must self-isolate from others until at least May 7, 2020.

5. Hall must call his Probation Officer the day he enters home confinement, and he must strictly follow any instructions he receives at that time or in subsequent conversations, including any instruction to fully cooperate with a drug treatment program.

It is FURTHER ORDERED that the standard conditions of release are hereby imposed, including that Hall's travel is restricted to the Southern and Eastern Districts of New York,

and he must surrender to Pretrial Services any passport he may possess and he must not apply for any such document.

It is FURTHER ORDERED that Hall's counsel, the Federal Defenders of New York, shall arrange for social workers to provide support and assistance to Hall and his mother during the period of Hall's home confinement to ensure that he receives appropriate outpatient treatment.

**SO ORDERED.**

Dated:   New York, New York
         April 22, 2020

_____
John F. Keenan
United States District Judge