**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------- X
UNITED STATES OF AMERICA,          :
    -against-                      :    No. 19 Cr. 709 (JFK)
                                   :
ROBERT WILLIAM HALL,               :    **ORDER**
                                   :
        Defendant.             :
------------------------------- X

**JOHN F. KEENAN**, United States District Judge:

    All sentencing submissions must be filed by no later than 5:00 p.m. on July 1, 2020.

**SO ORDERED.**

Dated:  New York, New York
       June 17, 2020

                                              John F. Keenan
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2020