```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-5-21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
     -against-                      :   No. 19 Cr. 709 (JFK)
                                    :
ROBERT WILLIAM HALL,                :   **ORDER**
                                    :
                   Defendant.       :
---------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

The next conference in this case, currently scheduled for January 12, 2021, will be heard telephonically using the following conference line and dial-in:

  **AT&T Conference Line: 1-888-363-4749**
  **Access Code: 788 3927 #**

All participants shall remain in listen-only mode until their case is called.

**SO ORDERED.**

Dated:  New York, New York
        January 5, 2021

                                    _____
                                    John F. Keenan
                                    United States District Judge