DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-23-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
      U.S.A.

      -V-                              #19 Cr 709 (JFK)

      Robert Hall
---------------------------------X

The VOSR Conference in this case, set for Wednesday, February 24, 2021, has been rescheduled from 11:00 a.m. to **11:30 a.m.** in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

2-23-21

JOHN F. KEENAN
United States District Judge