UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

     -V-                              #19 Cr 709 (JFK)

    Robert Hall

------------------------------X

With the consent of the Government, the defense request to adjourn the VOSR Conference is granted. The conference is set for March 10, 2021 at 10:45 a.m. in Courtroom 20-C

SO ORDERED.

Dated: New York, New York

2-23-21

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-23-21