UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
       U.S.A.

       -V-                            #19 Cr 709 (JFK)

       Robert Hall

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

With the consent of the defendant, the Government request to adjourn the VOSR Conference is granted. The conference is set for May 11, 2021 at 11:00 a.m. in Courtroom 20-C

SO ORDERED.

Dated: New York, New York

3-8-21

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-8-21