

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 29, 2021

**BY ECF**

The Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *United States v. Robert Hall*, 19 Cr. 709 (JFK)

Dear Judge Keenan:

  I write with consent of defense counsel to respectfully request that the violation of supervised release hearing presently scheduled in the above-captioned matter for July 14, 2021 be adjourned for approximately 90 days.

  As the Court is aware, the violations alleged in the Probation Office's Amended Violation Report, dated February 23, 2021, primarily stem from New York state charges. The Government understands that Mr. Hall remains in state custody based on a state charge. In light of this fact as well as the fact that Mr. Hall's underlying state charges remain pending, the Government respectfully requests a 90-day adjournment.

  I have discussed this matter with Christopher Flood and Probation Officer Spencer, and they have no objection.

            Respectfully submitted,

            AUDREY STRAUSS
            United States Attorney

      By: _____
         Rebecca T. Dell
         Assistant United States Attorney
         (212) 637-2198

cc: Christopher Flood, Esq. (Email)
   Probation Officer Darryl Spencer (Email)