UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

-V-                                          #19 CR. 709 (JFK)

Robert Hall
----------------------------------X

The conference in this case is adjourned from July 14, 2021 to October 14, 2021 at 11:00 am in Courtroom 20-C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-29-21

SO ORDERED.

Dated: New York, New York

6-29-21

John F. Keenan
JOHN F. KEENAN
United States District Judge