UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        U.S.A.

       -V-            :            #19 Cr 709 (JFK)

     Robert Hall       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X


The VOSR Conference, set for June 8, 2022 at 11:00 a.m., will be handled

by Judge Preska in Courtroom 12-A, 500 Pearl Street, New York, NY 10007.


SO ORDERED.

Dated:  New York, New York

6-2-22

JOHN F. KEENAN
United States District Judge