AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations (form modified within District on Sept. 30, 2019)
Sheet 1

# UNITED STATES DISTRICT COURT
Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ROBERT WILLIAM HALL | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 1:19 CR 00709-001 (JFK)<br>USM No. 76351-054<br>Christopher Flood, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __1, 2, 3__ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | On or before July 9, 2020, Mr. Hall used a controlled substance, to wit, cocaine. | 07/09/2020 |
| 2 | On or before October 21, 2020, Mr. Hall used a controlled substance, to wit, cocaine. | 10/21/2020 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s) __4-12__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __0455__

Defendant's Year of Birth: __1968__

City and State of Defendant's Residence:
Bronx, NY

06/08/2022
Date of Imposition of Judgment

_/s/ Loretta A. Preska_
Signature of Judge

HON. LORETTA A. PRESKA, U.S.D.J.
Name and Title of Judge

June 8, 2022
Date

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 1A

DEFENDANT: ROBERT WILLIAM HALL
CASE NUMBER: 1:19 CR 00709-001 (JFK)

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 | On or before November 24, 2020, Mr. Hall used a controlled substance, to wit, cocaine. | 11/24/2020 |

DEFENDANT: ROBERT WILLIAM HALL
CASE NUMBER: 1:19 CR 00709-001 (JFK)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

Time Served. The defendant is to enter mental health court treatment program (New York State program).

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL